No. 249. GOODMAN *v.* UNITED STATES. Argued January 13, 1939. Decided January 16, 1939. *Per Curiam:* As it appears after hearing argument and upon examination of the record that the entire evidence is not contained in the bill of exceptions, the writ of certiorari is dismissed. *Mr. Patrick J. Friel* for petitioner. *Mr. B. D. Oliensis* was on a brief for petitioner.

*Mr. Welly K. Hopkins,* with whom *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. William W. Barron* were on the brief, for the United States.